UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CARRIE HALL,

Plaintiff,

v.

BAYER HEALTHCARE PHARMACEUTICALS,
INC. et. al,

Defendants.                                            No. 11-cv-11633-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on November 19, 2012, the above case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
            Deputy Clerk

Dated: November 21, 2012

APPROVED:   David R. Herndon
            2012.11.21
            11:03:46 -06'00'

            CHIEF JUDGE
            U. S. DISTRICT COURT