UNITED STATES DISTRICT COURT FOR THE<br>SOUTHERN DISTRICT OF ILLINOIS

CARRIE HALL,

Plaintiff,

v.

BAYER HEALTHCARE PHARMACEUTICALS,
INC. et. al,

Defendants.                                             No. 11-cv-11633-DRH

JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on November 19, 2012, the above case is **DISMISSED** with prejudice.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT


                                            BY:_____/s/*Sara Jennings*_____
                                                    Deputy Clerk

Dated: November 21, 2012

APPROVED: David R. Herndon
                  2012.11.21
                  11:03:46 -06'00'

            CHIEF JUDGE
            U. S. DISTRICT COURT